# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0233.  DONALD R. BELCHER v. SARAH L. BELCHER.

Donald R. Belcher filed a petition against his ex-wife, Sarah L. Belcher, seeking a declaratory judgment concerning his continuing obligations to pay alimony under the parties' 2005 divorce decree.  The trial court denied the petition and awarded attorney fees under OCGA § 9-15-14 to Sarah Belcher.  Donald Belcher then filed an application for discretionary appeal in this Court.  We, however, lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Williams v. Cooper*, 280 Ga. 145 (625 SE2d 754) (2006) (Supreme Court decided appeal from attorney fee award arising out of contempt proceeding to enforce a support obligation).  As the underlying subject matter of this application is alimony, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/30/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*